UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT,

          Plaintiff,

-against-

EDWARD A. PUSZ, et al.,

          Defendants.

**ORDER**

19-CV-02513 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. (*See* Doc. 65; Doc. 66). Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

Plaintiff is directed to serve a copy of this Order on Defendants and file proof of service on the docket by 5:00 p.m. on August 11, 2022.

                                  SO ORDERED:

Dated:   White Plains, New York
            August 10, 2022

                                  PHILIP M. HALPERN
                                  United States District Judge